106 P.3d 375

# SUPREME COURT OF HAWAI'I

**February 17, 2005**

| | | |
|---|---|---|
| 25557 | Association of Apartment Owners of Milowai-Maalaea ex rel. Board of Directors v. Sandhills Gang Partners | Affirmed |
| 25510 | State v. Sua | Affirmed |

**February 24, 2005**

| | | |
|---|---|---|
| 25601 | State v. Aeto | Vacated and Remanded |
| 25517 | State v. Higa | Vacated and Remanded |
| 25209 | State v. Martinez | Vacated and Remanded |

**February 25, 2005**

| | | |
|---|---|---|
| 25440 | Doe, In re | Affirmed |
| 24413 | State v. Matsuda | Reversed and Remanded |